IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOE ROTH and KELLY KOZEMCZAK, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-CV-1380-MAB |
| | ) | |
| NFL NATIONAL FREIGHT, LTD, and GURSIMRAN SINGH, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER APPROVING WRONGFUL DEATH SETTLEMENT

This action arises from a motor vehicle incident on March 18, 2021, in Madison County, Illinois, which resulted in the wrongful death of Jamie Roth on March 18, 2021 (*see* Doc. 1-1). Upon motion of the Plaintiffs, through counsel and pursuant to the laws of Illinois for the entry of an order approving the settlement with Defendants (Doc. 81), the Court having considered the evidence presented and being fully advised in the premises, does hereby find as follows:

1. That the release is in due order and proper form.

2. That the settlement amount of $5,000,000.00 is fair and reasonable.

3. That the settlement has been made in good faith.

4. That the attorneys for Plaintiffs are entitled to attorneys' fees in the amount of $1,666,666.67.

5. The law office of Shea Kohl Law, LC is entitled to $32,564.76 for reimbursable case expenses.

6. The Kevin Etzkorn Law Group, LLC is entitled to $35,140.00 for reimbursable case expenses.

7. After payment of attorneys' fees and reimbursement of case expenses, the net proceeds of the action are $3,265,628.58.

8. That 100% of the net proceeds are allocated to the Wrongful Death action, resulting in $3,265,628.58 which shall be distributed in accordance with the provisions of the Wrongful Death Act and the sums/distributions agreed to by the family members of Jamie Roth, the Decedent, as set forth in the Motion for Approval of Wrongful Death Settlement (Doc. 81) and accompanying exhibits, and as follows:

   i. $362,847.62 to Vanessa Roth;

   ii. $362,847.62 to Natasha Roth;

   iii. $362,847.62 to Michael Rothberg;

   iv. $362,847.62 to Dawn Matschiner;

   v. $362,847.62 to Joe Roth;

   vi. $362,847.62 to Kelly Kozemczak;

   vii. $362,847.62 to Jordan Lehman;

   viii. $362,847.62 to James Roth;

   ix. $362,847.62 to the Estate of Christine Lehman;

9. Upon receipt of the settlement check, Plaintiffs are to file Dismissals with Prejudice of all claims against Defendants.

IT IS SO ORDERED.

DATED:  April 24, 2025

                                                          <u>s/ Mark A. Beatty</u>
                                                          **MARK A. BEATTY**
                                                          **United States Magistrate Judge**